UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

CASE SUMMARY

Case Number **CR07-01223**   Defendant Number 2
U.S.A. v. Mohamad Moussa Matar   Year of Birth 1979
☑ Indictment  ☐ Information   Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**
a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
b. Date of offense Nov. 2006-October 2007
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles    ☐ Ventura
   ☐ Orange         ☐ Santa Barbara
   ☑ Riverside      ☐ San Luis Obispo
   ☑ San Bernardino ☐ Other _____
Citation of offense 18 U.S.C. 371, 31 U.S.C. 5324(a), (d), 31 U.S.C. 5317

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: N/A
   Case Number N/A
   Charging N/A

The complaint:  ☐ is still pending
   ☐ was dismissed on: N/A

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*       ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*       ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
This is the __N/A__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
N/A
☐ was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
   ☐ Yes*       ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*       ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes        ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☑ Yes  ☐ No
IF YES, list language and/or dialect:
Arabic (Lebanese)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☑ Male ☐ Female
- ☑ U.S. Citizen ☐ Alien
- Alias Name(s) N/A

This defendant is charged in: ☐ All counts
☑ Only counts: 1 and 7

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☑ Other: monetary transaction reporting
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/
b. Posted bond at complaint level on: N/A in the amount of $ N/A
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☑ No
e. Is on bail or release from another district: N/A
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☑ Yes ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal   AND
   Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: N/A

Date November 1, 2007

Signature of Assistant U.S. Attorney

Janet C. Hudson
*Print Name*