1. HUSSEIN A. CHAHINE (California Bar No. 228150)
   hac@chahinelaw.com
2. CHAHINE & ASSOCIATES, APLC
   33 South Catalina Avenue, Suite 202
3. Pasadena, California 91106
   Tel (626) 486-0154
4. Fax (626) 486-0218

5. Attorneys for Defendant,
   Mohamad Moussa Matar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MOUSSA MAHMOUD MATAR, et al.,<br><br>Defendants. | CASE NO.: CR 07-1223-GW<br><br>**DEFENDANT MOHAMAD MOUSSA MATAR'S RESPONSE TO PSR AND POSITION RE SENTENCING**<br><br>Sentencing Date: Oct. 26, 2009<br>Time: 8:00 a.m.<br>Courtroom: 2 |

Defendant Mohamad Moussa Matar, by and through his counsel of record, Hussein A. Chahine, hereby submits the following position paper with respect to sentencing.

DATED: October 19, 2009

CHAHINE & ASSOCIATES, APLC

By: _____
HUSSEIN A. CHAHINE, ESQ.
Attorneys for Defendant, Mohamad Moussa Matar

K:\Hussein\CLIENT\CRIMINAL\Matar, Mohamad\Pleadings\Response to Probation Report.wpd

1

**DEFENDANT'S RESPONSE TO PSR AND POSITION RE SENTENCING**

**RESPONSE TO PSR AND POSITION RE SENTENCING**

Defendant Mohamad Matar has received and reviewed the Presentence Investigation Report and Recommendation ("PSR") disclosed on September 21, 2009 and concurs with the Probation Office's recommendation of a probationary sentence of one year. Mr. Matar also concurs with the government's position with respect to the imposition to a fine, Mr. Matar respectfully requests that, if this Court is inclined to impose a fine, the Court impose a fine less than the amount recommended in the PSR that more accurately reflects Mr. Matar's ability to pay.

Paragraphs 96 through 101 of the PSR summarize Mr. Matar's financial condition. Mr. Matar's net worth of $13,350. (PSR at ¶ 95). Mr. Matar has three (3) dependents and his monthly income is $1,086 and his monthly expenses total approximately $1,148. (PSR at pg. 2 and ¶ 95). Because the PSR's recommendation of a $10,000 fine constitutes the overwhelming majority of Mr. Matar's net worth, Mr. Matar respectfully requests that, if this Court is inclined to impose a fine, the Court impose a fine at the low-end of the guideline fine range payable over the course of his probationary period.

DATED: October 19, 2009

CHAHINE & ASSOCIATES, APLC

By: _____
HUSSEIN A. CHAHINE, ESQ.
Attorneys for Defendant, Mohamad Moussa Matar

# CERTIFICATE OF SERVICE

I, Wendy Haro, declare:

I am employed in the County of Los Angeles, State of California. I am a citizen of the United States and am over the age of 18. I am not a party to the within action. My business address is 33 South Catalina Avenue, Suite 202, Pasadena, California 91106.

On October 19, 2009, I served the foregoing document described as **DEFENDANT MOHAMAD MOUSSA MATAR'S RESPONSE TO PSR AND POSITION RE SENTENCING**, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| |  |
|---|---|
| U.S. PROBATION DEPARTMENT<br>Laurene Harding<br>312 North Spring Street<br>Los Angeles, California 90012 | |

[X] By mail, I deposited such envelope(s) in the mail at Pasadena, California, with postage thereon fully prepaid.
I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.
[ ] By facsimile, I transmitted such documents from Pasadena, California, to the offices of the addressee(s).
[ ] By personal service, I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 19, 2009 at Pasadena, California.

*/s/ WENDY HARO*